# United States District Court

WESTERN DISTRICT OF WASHINGTON

JUDY L. GARTON

        v.

MICHAEL J. ASTRUE

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5635RJB

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

1. The Court **ADOPTS** the Report and Recommendation (Dkt. 13);

2. The matter is **REMANDED** to the administration for further consideration.


July 16, 2009                                     BRUCE RIFKIN
                                                                       Clerk

                                                               */s/ Jennie L. Patton*
                                                                     Deputy Clerk