# United States District Court

WESTERN DISTRICT OF WASHINGTON

JUDY L. GARTON

v.

MICHAEL J. ASTRUE

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5635RJB

__  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

1. That costs in the amount of $350.00 and attorney fees in the amount of $6,773.20 be awarded.


September 16, 2009

BRUCE RIFKIN
Clerk

/s/ Jennie L. Patton
By, Deputy Clerk